[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11303
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-20860-UU-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALEXIS HORACIO ARREOLA,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 16, 2014)

Before WILLIAM PRYOR, MARTIN and JORDAN, Circuit Judges.

PER CURIAM:

Alexis Arreola pled guilty to failing to register as a sex offender, *see* 18 U.S.C. § 2250(a), and the district court sentenced him to 364 days in prison followed by 10 years of supervised release with some special conditions. Mr. Arreola appeals, arguing that the 10-year period of supervised release was substantively unreasonable. We affirm.

Mr. Arreola did not object to the 10-year term of supervised release in the district court, so we review only for plain error. *See, e.g., United States v. Hoffman*, 710 F.3d 1228, 1231 (11th Cir. 2013). Under that standard, there is no reversible error. First, the district court stated that it had considered the statutory factors, and its downward variance of one day with respect to imprisonment indicates that it did take Mr. Arreola's specific circumstances into account. Second, the advisory guidelines range for supervised release was 5 years to life, and the 10-year term was toward the lower end of that range. Third, nothing in the record indicates that the district court gave too much weight to the advisory guidelines range. Fourth, a 10-year period of supervised release was reasonable given Mr. Arreola's planned travel between Guatemala and Florida.

**AFFIRMED.**

2